

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00033-CV

**HOUSEHOLD FINANCE CORPORATION III**,
Appellant

v.

**DTND SIERRA INVESTMENTS, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08367
The Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's judgment in favor of DTND Sierra Investments, LLC on liability is AFFIRMED. However, the portion of the trial court's judgment awarding damages and attorney's fees to DTND Sierra Investments, LLC is reversed and the matter is remanded to the trial court for a new trial on the issue of damages and attorney's fees only.

It is ORDERED that each party bear its own costs of this appeal.

SIGNED November 6, 2013.

_Marialyn Barnard_
Marialyn Barnard, Justice